Cherie CHARAS, Plaintiff–Appellant,

v.

TRANS WORLD AIRLINES, INC.,
a Missouri corporation,
Defendant–Appellee.

Mildred Jacoby, Plaintiff–Appellant,

v.

Trans World Airlines, Inc.,
Defendant–Appellee,

and

John Doe, 1–10; Jane Doe, 1–10; Doe
Corporations, 1–10; Doe Partners, 1–
10; Doe Entities, 1–10, Defendants.

Bernice Gulley, Plaintiff–Appellant,

v.

American Airlines; AMR Corporation;
American Eagle Airlines,
Defendants–Appellees.

Elizabeth Newman, Plaintiff–Appellant,

v.

American Airlines, Inc., Defendant–
Appellee,

and

Does 1 through 50, inclusive, Defendants.

Robert A. Beverage, Plaintiff–Appellant,

v.

Continental Airlines, Inc.,
Defendant–Appellee.

Nos. 96–15490, 96–15543, 96–15791,
97–15158 and 97–55115.

United States Court of Appeals,
Ninth Circuit.

Feb. 23, 1999.

Before: HUG, Chief Judge, BROWNING, FLETCHER, BRUNETTI, THOMPSON, FERNANDEZ, RYMER, T. G. NELSON, KLEINFELD, TASHIMA, and SILVERMAN, Circuit Judges.

ORDER

Appellee American Airlines filed a "Petition for Rehearing and Suggestion for Rehearing En Banc" due to a factual error in the Opinion. The Opinion filed in this case on November 30, 1998 is amended at Slip op. page 13310, last three lines through page 13311, line 1 [160 F.3d at 1262], as follows:

The last sentence on Slip op. page 13310 [160 F.3d at 1262] and carrying over to the next page should read: "Prior to obtaining

the required certificate, Newman was not permitted to board and was required to stay overnight at a motel."

With this amendment, the en banc panel votes to deny the petition for rehearing and rejects the suggestion for rehearing en banc.